IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Crim. No. 11-490 |
| | : | |
| EDGARDO MARTINEZ | : | |
| | : | |

# **O R D E R**

**AND NOW**, this 7th day of October, 2013, upon consideration of Defendant's Motion to Suppress Physical Evidence (Doc. No. 34), the Government's Response (Doc. No. 37), and all related filings (Doc. Nos. 49, 50, 51, 60, 61), and after conducting an evidentiary hearing, it is hereby **ORDERED** that the Motion is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.