IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NUMBER 11-490** |
| EDGARDO MARTINEZ | : | |

**O R D E R**

AND NOW, this 31st day of October, 2013, on consideration of the unopposed Motion of the government for dismissal of the indictment, the Court finds the ends of justice are served by granting the motion.

It is accordingly hereby ORDERED that the Indictment in this matter is dismissed.

BY THE COURT:

_____
HONORABLE PAUL S. DIAMOND
Judge, United States District Court